UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES RUSSELL DAVIS,<br><br>                    Defendant. | Case No. 2:23-cr-00102-FLA-2<br><br>**ORDER APPROVING *EX PARTE* APPLICATION [DKT. 370] AND DENYING MOTIONS TO UNSEAL DOCUMENTS AS MOOT [DKTS. 316, 327]** |

1

## ORDER

On June 22, 2026, defendant James Russell Davis ("defendant") filed an *Ex Parte* Application to Be Provided Copies of Documents Filed Under Seal by Appointed Counsel ("Application").  Dkt. 370.  Defendant requests the court provide him with copies of Dkts. 125, 126, 127, and 128 (the "Subject Documents").  *Id*.  The Subject Documents relate to defendant's sealed *ex parte* application for an order sealing Exhibit A and Exhibit B to Defendant's Sentencing Memorandum and the *ex parte* application.  *See* Dkts. 125, 126, 127, 128.  Defendant contends he was not provided with copies of these documents, and previously designated counsel has not provided the documents to defendant upon his request.  Dkt. 370 at 1.

The court, having considered defendant's Application and finding good cause therefor, hereby GRANTS the Application.  The court DIRECTS the clerk of the court to provide defendant with copies of the requested documents filed under seal (Dkts. 125, 126, 127, and 128).

It is further ORDERED that defendant's Motions to Unseal Documents (Dkts. 316, 327) are DENIED as moot.  Upon review of the Subject Documents provided pursuant to the court's ruling on the Application, defendant may refile a motion to unseal if he maintains a good-faith basis to do so.

IT IS SO ORDERED.

Dated: July 1, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2